UNITED DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JERRY WAYNE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:06CV00034 AGF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Memorandum and Order entered herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner is **REVERSED** and that the case is **REMANDED** to the Commissioner for further consideration.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated on this 28th day of September, 2007.